Jesse S. Ortiz III (CA Bar Assn. No. 176450)
LAW OFFICE OF JESSE S. ORTIZ III
1107 9th Street, Suite 1025
Sacramento, CA 95814
Telephone:	(916) 444-3971
Facsimile:	(916) 444-3975

Attorneys for Plaintiff
	Jo Alice White

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ALICE WHITE, | Case No.  2:02-cv-00225-MCE-EFB |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL AS TO DEFENDANT MCI WORLDCOM AND LIFTING AUTOMATIC STAY** |
| MCI WORLDCOM, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING it is HEREBY ORDERED that Defendant MCI Worldcom be and is hereby dismissed from this action, with prejudice.

IT IS FURTHER ORDERED that the previously ordered stay be lifted in this matter.

Dated: October 31, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1