UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JO ALICE WHITE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MCI WORLDCOM, a California Corporation, DYNAMIC TECHNICAL SERVICES, a Texas Corporation, and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | Case No. 2:02-cv-00225-MCE-EFB<br><br>**ORDER GRANTING DEFENDANT DYNAMIC TECHNICAL SERVICES, L.P.'S REQUEST FOR TELEPHONIC APPEARANCE FOR ARTHUR K. SMITH FOR STATUS CONFERENCE** |

**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE**

　　The Court, having reviewed Defendant Dynamic Technical Services, L.P.'s Request for Telephonic Appearance for Arthur K. Smith for the Status Conference on December 19, 2008, is of the opinion that the Request should be Granted.

　　IT IS THEREFORE ORDERD that Arthur K. Smith shall be allowed to appear telephonically on behalf of Defendant Dynamic Technical Services, L.P. at the Status Conference set for December 19, 2008 at 9:00 a.m.  The Court will contact Mr. Smith at (469) 519-2525 prior to the beginning of the status conference.

　　IT IS SO ORDERED.

DATED: December 9, 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com