UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JO ALICE WHITE,                              No. 2:02-cv-00225 MCE-EFB

        Plaintiff,

   v.                                           ORDER

MCI WORLDCOM, et al.,

        Defendants.

----oo0oo----

Plaintiff's request to continue the trial date is DENIED. The trial is confirmed for Monday, October 25, 2010 at 9:00 AM in Courtroom 7.

IT IS SO ORDERED.

Dated: October 22, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1