UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JO ALICE WHITE,                              No. 2:02-cv-00225 MCE-EFB

      Plaintiff,

  v.                                         NOTICE OF ASSESSMENT
                                                        OF JURY COSTS
MCI WORLDCOM, et al.

      Defendants.

----oo0oo----

    Trial in this matter was scheduled to begin on October 25, 2010 at 9:00 AM.  Plaintiff, Jo Alice White, and Plaintiff's counsel, Jesse Ortiz, both failed to appear for jury selection and trial at the appointed date and time.  Subsequently, the Court granted the Defendants' oral motion to dismiss the case for failure to prosecute.

    THEREFORE, PLAINITFF'S COUNSEL IS HEREBY NOTIFIED that the Court orders the following with respect to the above-entitled action:

///

///

1

1    Jury fees expended for October 25, 2010 are to be reimbursed
2 to the Clerk of this Court by Plaintiff's counsel as costs.  The
3 total costs are assessed in the amount of $2,105.50 and payable
4 to Clerk, United States District Court, Eastern District of
5 California.  Submission of the fees must be made within thirty
6 (30) days of this Order being electronically filed.

7    IT IS SO ORDERED.

 Dated: November 30, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE